# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY BROOM, | Case No. 17-cv-548-BTM-BLM |
| Plaintiff, | |
| v. | ORDER GRANTING JOINT MOTION FOR DISMISSAL, WITH PREJUDICE, AS TO EXPERIAN INFORMATION SOLUTIONS, INC. |
| EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendant. | HON. BARRY TED MOSKOWITZ |

Pending before the Court is the parties' Joint Motion for Dismissal, with prejudice, as to Experian Information Solutions, Inc. ("Experian") only. Good cause appearing therefore, the Court **GRANTS** the motion. Accordingly, Defendant Experian is **DISMISSED WITH PREJUDICE**, each party to bear its own fees and costs. The Court retains jurisdiction to enforce the settlement of this action. **IT IS SO ORDERED.**

Dated: October 10, 2017

_____
HONORABLE BARRY TED MOSKOWITZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL